726    SUPREME COURT OF GEORGIA.

Philzow *vs.* The State of Georgia ; Candler *et al. vs.* Mann ; etc.

## PHILZOW *vs.* THE STATE OF GEORGIA.

1. The evidence not only sustained, but required, the verdict.
2. One ground of the motion for a new trial, was the discovery of new testimony, the entire object of which was to impeach a witness for the state.    The defendant stated in his accompanying affidavit that the state's witness had sworn falsely, that he was so surprised thereby that he was unprepared to meet such testimony, and that "these facts have more fully come to defendant's knowledge since the trial."   There was no affidavit of counsel:

*Held*, that this was no such newly discovered evidence as would warrant a new trial.   66 *Ga.*, 690.

Judgment affirmed.

March 13, 1883.

HALL, Justice.

---

## CANDLER *et al. vs.* MANN.

In all cases tried in a justice's court, the party dissatisfied may enter an appeal to a jury in that court; nor does it matter that the debt sued on may exceed fifty dollars.   This case is governed by the case of *Hendrix & McBurney vs. Mason* (this term).

Judgment reversed.

April 10, 1883.

HALL, Justice.

---

## HALL *vs.* KELLUM.

There was no abuse of discretion in this first grant of a new trial. On the contrary, this court is of opinion that the new trial was not only authorized but required.   The verdict, so far from being in accordance with the evidence, is at least decidedly and strongly against it, if, indeed, it is not wholly without evidence to support it.

Judgment affirmed.

March 27, 1883.

HALL, Justice.

---

## JONES *et al. vs.* COSBY.

Where it was sought to enjoin a receiver from making a sale which had been directed by the court appointing him, the object being to fix a supplemental homestead and exemption upon the property